| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Arcon Construction Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3342230** |
| 4. | **Debtor's address** | **Principal place of business** **333 Gellert Bld, Suite 160** **Daly City, CA 94015** Number, Street, City, State & ZIP Code  **San Mateo** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Arcon Construction Corporation**                                   Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   | | District | When | Case number |
   |---|---|---|---|
   | | District | When | Case number |

| Debtor | Arcon Construction Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Arcon Construction Corporation** _____ Case number (*if known*)_____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Arcon Construction Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 13, 2024**
MM / DD / YYYY

X **/s/ Andrey Libov**   **Andrey Libov**
Signature of authorized representative of debtor   Printed name

Title **Chief Operating Officer**

**18. Signature of attorney**

X **/s/ Eric J. Gravel**   Date **September 13, 2024**
Signature of attorney for debtor   MM / DD / YYYY

**Eric J. Gravel**
Printed name

**The Law Offices of Eric J. Gravel**
Firm name

**1390 Market St., Suite 200**
**San Francisco, CA 94102**
Number, Street, City, State & ZIP Code

Contact phone **(650) 931-6000**   Email address **ctnotices@gmail.com**

**256672 CA**
Bar number and State

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 653 28th St<br>c/o Brian E Soriano<br>Goldstein, Gellman, Melbostad & Harris<br>1388 Sutter Street, Suite 1000<br>San Francisco, CA 94109 | | Cross-Complainant Judgment Creditor | Disputed | | | $722,017.46 |
| CG Appliances Inc.<br>6422 Mission St<br>Daly City, CA 94014 | | Trade debt | | | | $5,745.00 |
| Christopher M. Hunt<br>3829 Clay Street<br>San Francisco, CA 94118 | | Trade Debt | | | | $246,887.76 |
| Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | Tax | | | | $185,000.00 |
| Frontier Pacific<br>2950 Alvarado St., Suite A<br>San Leandro, CA 94577 | | Trade Debt | | | | $2,644.10 |
| INM Drywall<br>3229 Jamie Way<br>Hayward, CA 94541 | | Trade Debt | | | | $10,496.26 |
| Law Office of George W. Wolff<br>50 California Street, Suites 1509 & 1510<br>San Francisco, CA 94111 | | Legal fees | | | | $282,357.28 |

| Debtor | Arcon Construction Corporation | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Master Roofing Systems, Inc**<br>52 S. Linden Ave, #5<br>South San Francisco, CA 94080 | | **Trade Debt** | | | | $36,590.00 |
| **Newity LLC**<br>1123 W Washington Blvd.<br>Chicago, IL 60607 | | **Trade debt** | | | | $75,959.00 |
| **South City Lumber**<br>499 Railroad Av<br>South San Francisco, CA 94080 | | **Trade debt** | | | | $201,132.00 |
| **Tenderloin Neighborhood Development**<br>70 Otis St<br>San Francisco, CA 94103 | | | | | | $4,556.27 |

```
653 28th St
c/o Brian E Soriano
Goldstein, Gellman, Melbostad & Harris
1388 Sutter Street, Suite 1000
San Francisco, CA 94109


Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224


CG Appliances Inc.
6422 Mission St
Daly City, CA 94014


Christopher M. Hunt
3829 Clay Street
San Francisco, CA 94118


Department of the Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Frontier Pacific
2950 Alvarado St., Suite A
San Leandro, CA 94577


INM Drywall
3229 Jamie Way
Hayward, CA 94541


Law Office of George W. Wolff
50 California Street, Suites 1509 & 1510
San Francisco, CA 94111
```

Lexus Financial Services
P.O.Box 5236
Carol Stream, IL 60197


Master Roofing Systems, Inc
52 S. Linden Ave, #5
South San Francisco, CA 94080


Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197


Newity LLC
1123 W Washington Blvd.
Chicago, IL 60607


South City Lumber
499 Railroad Av
South San Francisco, CA 94080


Tenderloin Neighborhood Development
70 Otis St
San Francisco, CA 94103

In re  **Arcon Construction Corporation**                                    Case No. _____

                                 Debtor(s)    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Arcon Construction Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 13, 2024** | **/s/ Eric J. Gravel** |
| Date | **Eric J. Gravel** |
| | Signature of Attorney or Litigant |
| | Counsel for **Arcon Construction Corporation** |
| | **The Law Offices of Eric J. Gravel** |
| | **1390 Market St., Suite 200** |
| | **San Francisco, CA 94102** |
| | **(650) 931-6000 Fax:(650) 931-6424** |
| | **ctnotices@gmail.com** |