Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
1390 Market St, Suite 200
San Francisco, CA 94102
Tel: (650) 931-6000
Fax: (888) 418-3655
ctnotices@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ARCON CONSTRUCTION CORPORATION<br><br>, Debtor | Case No. 24-30679<br><br>CHAPTER 11<br><br><u>Status Conference</u><br>Hearing Date: November 8, 2024<br>Time:  10:00 a.m.<br>Place:  Via Tele/Videoconference<br>   www.canb.uscourts.gov/calendars<br><br>Hon. Dennis Montali |

## DEBTOR'S STATUS REPORT FOR THE NOVEMBER 8 CONFERENCE STATEMENT

The above-captioned debtor and debtor-in-possession ("Debtor") has elected to file this case under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Section 1188(c) of the Bankruptcy Code requires Debtor to file with the Court and serve on the trustee and all parties in interest a report that details the efforts Debtor has undertaken and will undertake to attain consensual plan confirmation.

Arcon Construction Corporation, as debtor in possession in the above-captioned chapter 11 case, hereby submits this status report for the status conference scheduled for November 8, at 10:00 a.m. (the "Status Conference").

1. Date of case filing

This Chapter 11 case was filed on September 13, 2024.

2. Meeting of Creditors

The Meeting of Creditors was held on October 21, 2024, and concluded.

3. Timing for Filing Plan

Debtor will file a Plan by December 12, 2024.

4. Type of Plan of Reorganization

It is still undecided at this point if the Debtor will file a consensual or non-consensual plan. A lot of it will depend on judgment creditor 653 28th St, who filed a proof of claim for $1,561,207.60 in this case. Debtor's attorney has spoken to the attorney for 653 28th Street and both hope that a consensual plan becomes feasible after talking to their respective client.

5. Status of Motions/Applications.

   a) An Application to Designate Andrey Libov as the Responsible Individual was filed and granted by the Court.
   b) A Motion to Authorize payment of prepetition wages was filed and granted by the Court.
   c) A Motion to Use the Cash Collateral of the SBA and the IRS was filed and will be heard on November 8.
   d) A Motion for Approval of Cash Management System will be filed and heard on November 8, 2024.
   e) Judgment creditor 653 28th Street filed a Motion for Relief from Stay that will be heard on November 21, 2024.
   f) An application to employ George Wolff as special counsel was filed.

6. Anticipated Litigation

Debtor may file an appeal of the judgment in San Francisco Superior Court awarding $722,017.46 to 653 28th Street.

Respectfully submitted on October 25, 2024.

/s/ Eric J. Gravel
Attorney for Debtor

# PROOF OF SERVICE

I declare as follows:

I am employed in San Francisco. I am over the age of eighteen years and not a party to the above referenced case. On October 25, 2024, I served the attached:

**(1) DEBTOR'S STATUS REPORT FOR THE NOVEMBER 8 CONFERENCE STATEMENT**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Postal Service at San Francisco, California. Registrants for service by electronic mail will receive a Notice of Electronic Filing (NEF).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on the following date at San Francisco, California.

Dated: <u>October 25, 2024</u>

<u>/s/ Wakako Gravel</u>
Wakako Gravel
1390 Market St, Suite 200
San Francisco, CA 94102

U.S. Small Business Administration
Attn: District Counsel
455 Market St, Suite 600
San Francisco, CA 94105

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Paul G. Leahy
Trial Attorney, Office of the U.S. Trustee,
Region 17, San Jose Field Office,
280 South First Street, Room 268
San Jose, California 95113

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 24-30679<br>California Northern Bankruptcy Court<br>San Francisco<br>Fri Oct 25 15:44:24 PDT 2024 | 653 28th St LLC<br>c/o Farsad Law Office, P.C.<br>1625 The Alameda suite 525<br>San Jose, CA 95126-2224 | Arcon Construction Corporation<br>333 Gellert Bld, Suite 160<br>Daly City, CA 94015-2661 |
| Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Golden Age Properties Saratoga LLC<br>333 South Bascom Ave<br>Campbell, CA 95008 | Regent West Limited, LP<br>151 El Camino Real, Ste 319<br>Millbrae, CA 94030-2653 |
| U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>Mail Box 36099<br>San Francisco, CA 94102-3428 | 653 28th St<br>c/o Brian E Soriano<br>Goldstein, Gellman, Melbostad & Harris<br>1388 Sutter Street, Suite 1000<br>San Francisco, CA 94109-5454 | Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 |
| CG Appliances Inc.<br>6422 Mission St<br>Daly City, CA 94014-2013 | Christopher M. Hunt<br>3829 Clay Street<br>San Francisco, CA 94118-1615 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Ford Motor Credit Company, LLC<br>c/o AIS Portfolio Services,LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 |
| Frontier Pacific<br>2950 Alvarado St., Suite A<br>San Leandro, CA 94577-5738 | INM Drywall<br>3229 Jamie Way<br>Hayward, CA 94541-3501 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Law Office of George W. Wolff<br>50 California Street, Suites 1509 & 1510<br>San Francisco, CA 94111-4624 | Lexus Financial Services<br>P.O.Box 5236<br>Carol Stream, IL 60197-5236 |
| MINFIN-SC-S1 LLC<br>5273 Prospect Rd, Suite 330<br>San Jose, CA 95129-5031 | Master Roofing Systems, Inc<br>52 S. Linden Ave, #5<br>South San Francisco, CA 94080-6432 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd. 10th Floor<br>Costa Mesa, CA 92626-1947 | Newity LLC<br>1123 W Washington Blvd.<br>Chicago, IL 60607-2085 | Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3402 |
| Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | South City Lumber<br>499 Railroad Av<br>South San Francisco, CA 94080-4689 | Tenderloin Neighborhood Development<br>70 Otis St<br>San Francisco, CA 94103-1236 |

| Wells Fargo Bank Small Business Lending Divi | Andrey Libov | Christopher Hayes |
|---|---|---|
| P.O. Box 29482 MAC S4101-08C | 333 Geller Blvd. | Christopher Hayes, Trustee |
| Phoenix, AZ 85038-9482 | Suite 160 | 23 Railroad Ave. #1238 |
| | Daly City, CA 94015-2661 | Danville, CA 94526-1140 |

Eric J. Gravel
Law Offices of Eric Gravel
1390 Market St
Suite 200
San Francisco, CA 94102-5404

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Banner Bank | (d)653 28th Street LLC | End of Label Matrix |
|---|---|---|
| | C/O FARSAD LAW OFFICE, P.C. | Mailable recipients 33 |
| | 1625 THE ALAMEDA, SUITE 525 | Bypassed recipients 2 |
| | SAN JOSE, CA 95126-2224 | Total 35 |