Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place, 5th Fl.
San Francisco CA 94133
Email: Shedoesbklaw@aol.com
415-362-2221
Attorneys for Arcon Construction Corporation
Debtor-in-possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
[San Francisco Division]

In re:  
Arcon Construction Corporation  
Debtor & Debtor-in-possession

_____/

Case No. 24-30679  
NOTICE OF OBJECTION TO CLAIM FILED BY ANDY & SHIRLEY LEE [Claim 16] & OBJECTION  
Date: April 25, 2025  
Time: 1:30p.m.  
Judge Montali  
By Tele/Video Conference

TO THE COURT, THE LEES AND THEIR ATTORNEY OF RECORD, THE CHAPTER V TRUSTEE, AND ALL OTHER INTERESTED PARTIES

NOTICE OF HEARING ON OBJECTION TO THE LEES' CLAIM NO 16:

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; CHRISTOPHER HAYES, THE DULY APPOINTED SUBCHAPTER V TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; ALL PARTIES REQUESTING NOTICE; ANDY LEE AND SHIRLEY YU LEE AND THEIR ATTORNEY OF RECORD AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on APRIL 25, 2025 at 1:30 p.m. before the Honorable Dennis Montali, United States Bankruptcy Judge for the Northern District of California, Debtor-in-Possession, Arcon Construction Corporation (the "Debtor") will object to the allowance of the

NOTICE OF OBJECTION TO CLAIM 16-16-1- 1

Claim No. 16 and 16-1, filed by Shirley Yu Lee and Andy Lee, husband and wife, as against Debtor and Debtor-in-possession Arcon Construction Corporation in its entirety.

PLEASE TAKE FURTHER NOTICE that the hearing on the objection shall occur on April 25, 2025 at 1:30 p.m. or as soon thereafter as counsel may be heard before the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, Phillip Burton Federal Building, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, Via Tele/ Videoconference.

PLEASE TAKE FURTHER NOTICE that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. Pursuant to the Procedures for Noticing and Conducting Hearings in the San Francisco Division of the United States Bankruptcy Court for the Northern District of California, please note: The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE NOTICE that Debtor, through its attorney of record, hereby objects and moves the Court, pursuant to 11 U.S.C. Sections 501-502 and Rule 3001 - 3008 of the Federal Rules of Bankruptcy Procedure, to determine that the Claim No 16 and 16-1, filed by Andy Lee and Shirley Yu Lee, be denied in its entirety without leave to amend.

Debtor Arcon Construction Corporation hereby Objects to the Claim filed by Andy and Shirley Lee in its entirety. Debtor's Objection is brought on the following grounds that cause exists to deny the claim as filed as follows:

(1)     The Lees lack standing and that absence of standing is stated on the face of their papers;

NOTICE OF OBJECTION TO CLAIM 16-16-1- 2

(2) The Claim, as filed, self identifies that it is derivative and contingent;

(3) The Lees claim has identified that the basis for the claim is an alleged co-liability with Debtor;

(4) The Claim is not capable of amendment to cure its flaws;

(5) The Claim lacks factual and legal support; and

(6) The Claim is not entitled to the presumption of validity and lacks support of admissible evidence;

The Objection is based upon the Notice of Hearing, and the supporting Points and Authorities and attachments thereto, filed herewith, the pleadings and records on file in this case, and any such oral and documentary evidence that may be presented at the hearing on this motion.

Dated: March 13, 2025  Respectfully submitted:

By: /s/Sheila Gropper Nelson
Sheila Gropper Nelson
Attorney for Debtor and Debtor-in-possession

NOTICE OF OBJECTION TO CLAIM 16-16-1- 3