Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place, 5th Fl.
San Francisco CA 94133
Email: Shedoesbklaw@aol.com
415-362-2221
Attorneys for Arcon Construction Corporation
Debtor-in-possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
[San Francisco Division]

In re:  
Arcon Construstion Corporation  
    Debtor &  
    Debtor-in-possession  
_____/

Case No. 24-30679  
Chapter 11  
NOTICE OF HEARING ON ARCON [PROPOSED] CONSTRUCTION CORPORATION COMBINED PLAN OF REORGANIZATION & [TENTATIVELY APPROVED] DISCLOSURE STATEMENT  
Date: October 10, 2025  
Time: 10:00 a.m.  
Place: Courtroom 17  
Judge Dennis Montali

NOTICE OF HEARING ON [PROPOSED] COMBINED PLAN OF REORGANIZATION AND [APPROVED] [TENTATIVELY APPROVED] DISCLOSURE STATEMENT
(September 19, 2025)

PLEASE TAKE NOTICE that ARCON CONSTRUCTION CORPORATION ("Debtor") has filed a [Proposed] Combined Plan of Reorganization and Disclosure Statement, in the above referenced matter Case No. 24-30679, dated September 19, 2025, ("Combined Plan and Disclosure")[Doc # 207].

A hearing on Debtor's request for tentative approval of the disclosures in the Combined Plan and Disclosure will be held before the Hon. Dennis Montali on October 10, 2025 at 10:00 a.m. at 450 Golden Gate Avenue, Courtroom 17, San Francisco CA 94102.

NOTICE OF HEARING ON ARCON CONSTRUCTION CORPORATION [PROPOSED] COMBINED PLAN OF REORGANIZATION & [TENTATIVELY APPROVED] DISCLOSURE STATEMENT- 1

NOTICE IS FURTHER GIVEN that the hearing can be attended in the judge's courtroom, via zoom or in person. To attend in-person, you should arrive at Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than the time set forth in this notice.

To attend via Zoom, please consult the court's website, which provides information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by Calling 888-821-7606 or by using the Live Chat feature on the court's website."

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. Notices of hearing for any of the above-referenced calendars must include the following language: 1https://www.canb.uscourts.gov/procedure/san-francisco/blumenstiel-carlson-montali/open-calendar-procedure-sanfrancisco Judge Blumenstiel's and Judge Montali's calendar procedures can be viewed at the very bottom of the page linked in FN 1.

Copies of Document No. 207 can be obtained from the undersigned attorney for Debtor or viewed on the Court's PACER website. Written objections to the Joint Disclosure Statement & Plan of Reorganization dated September 19, 2025 should be filed with the Clerk of the Court and served upon the undersigned counsel for the Debtor no later than October 2, 2025 and should be accompanied by memoranda of law and supporting declarations.

Dated: September 22, 2025

Respectfully submitted
By: /s/ Sheila Gropper Nelson
Resolution Law Firm P. C.
Attorney for Debtor

NOTICE OF HEARING ON ARCON CONSTRUCTION CORPORATION [PROPOSED] COMBINED PLAN OF REORGANIZATION & [TENTATIVELY APPROVED] DISCLOSURE STATEMENT- 2