**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

**ALVES RADCLIFFE LLP**
  A Limited Liability Partnership
SUZANNE M. ALVES, Cal. Bar No. 195441
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
Telephone: (916) 333-3375
Email: salves@alvesradcliffe.com

Attorneys for Creditor
653 28TH STREET LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ARCON CONSTRUCTION CORPORATION,<br><br>Debtor in Possession. | BK Case No.: 24-30679-DM<br><br>Chapter 11<br><br>**NOTICE OF FEDERAL RULE OF BANKRUPTCY PROCEEDURE 2004 EXAMINATION OF ANDREY LIBOV**<br><br>Date: October 9, 2025<br>Time: 10:30 a.m.<br>Location: 1999 Harrison Street, 18th Floor<br>Oakland, California 94612 |

TO: ANDREY LIBOV AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 2004 and the *Order Application for Federal Rule of Bankruptcy Procedure 2004 Examination* [Dkt. No. 204] creditor 653 28TH STREET LLC ("Creditor") shall take the deposition upon oral examination of ANDREY LIBOV in the above-captioned matter.

The deposition shall commence on October 9, 2025, at 10:30 a.m. PST in person at 1999 Harrison Street, 18th Floor, Oakland, California 94612, or at such other time and location as agreed upon by the parties, and shall be taken before a duly certified court reporter authorized to administer oaths. The deposition will be recorded by video and by stenographic means.

Dated: October 6, 2025

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer, Esq.
Attorneys for Creditor
653 28TH STREET LLC