

**Signed and Filed: December 5, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 24-30679-DM |
| ARCON CONSTRUCTION CORPORATION, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER DENYING MOTION TO FILE DOCUMENT UNDER SEAL OR AS REDACTED**

The court held a hearing on December 5, 2025, on the two motions to file confidential settlement agreement under seal, or in the alternative, as redacted (Dkts. 222 and 231) filed by the Debtor.  Sheila Gropper Nelson appeared for the Debtor.  Paul Leahy appeared for the United State Trustee.  For the reasons stated on the record, the motions are DENIED.  The court will not retain, and will dispose of the unredacted document provided by Debtor's counsel under seal.

**\*\*END OF ORDER\*\***

-1-

COURT SERVICE LIST

ECF Recipients

-2-

Case: 24-30679   Doc# 247   Filed: 12/05/25   Entered: 12/05/25 16:24:37   Page 2 of 2