MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:     562.435.8002
Facsimile:     562.435.7967

Attorneys for Creditors
Andy C. Lee and Shirley S. Lee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Arcon Construction Corporation,<br><br>Debtor | Case No. 24-30679<br><br>Chapter 11<br><br>**STATEMENT OF ANDY AND SHIRLEY LEE REGARDING DEBTOR'S MOTION FOR TENTATIVE APPROVAL OF THE DISCLOSURE STATEMENT**<br><br>Date:    January 29, 2026<br>Time:    9:30 a.m.<br>Place:   Courtroom 17<br><br>Court:  Hon. Judge Dennis Montali |

Andy C. Lee and Shirley S. Lee (the "Lees") hereby provide this statement in advance of Arcon Construction Corporation ("Debtor") Motion for Tentative Approval of the Disclosure Statement.

The Lees have filed an amended Claim 16-2 in which they claim $9,912,200.50 from the estate ("Claim 16-2"). Since that time, Debtor and the Lees have been in good faith discussions regarding settlement. An offer has been proposed to Debtor by the Lees which is currently under consideration. The Debtor has, in turn, extended the deadline to respond to the pending claim

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

OBJECTION TO DEBTOR'S MOTION FOR
TENTATIVE APPROVAL OF THE
DISCLOSURE STATEMENT 24-30679

Case: 24-30679    Doc# 267    Filed: 01/28/26    Entered: 01/28/26 16:44:10    Page 1 of 3

4918-9733-5435.1

objection.  The Lees are optimistic that this matter will be resolved shortly by stipulation or other settlement.

Dated: January 28, 2026                              MILLER NASH LLP


                                                      By: /s/ Bernie Kornberg
                                                          Bernie Kornberg

                                                      Attorneys for Creditors
                                                      Andy C. Lee and Shirley S. Lee

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4918-9733-5435.1

- 2 -

OBJECTION TO DEBTOR'S MOTION FOR
TENTATIVE APPROVAL OF THE
DISCLOSURE STATEMENT 24-30679

Case: 24-30679    Doc# 267    Filed: 01/28/26    Entered: 01/28/26 16:44:10    Page 2 of 3

## <u>PROOF OF SERVICE</u>

I, Bernie Kornberg, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 340 Golden Shore, Suite 450, Long Beach, California 90802.

On January 28, 2026, I electronically filed the attached document:

**STATEMENT OF ANDY AND SHIRLEY LEE REGARDING DEBTOR'S MOTION FOR TENTATIVE APPROVAL OF THE DISCLOSURE STATEMENT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all parties registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 28, 2026, at San Francisco, California.

/s/ Bernie Kornberg

Miller Nash LLP
Attorneys at Law
Long Beach

4918-9733-5435.1

OBJECTION TO DEBTOR'S MOTION FOR TENTATIVE APPROVAL OF THE DISCLOSURE STATEMENT 24-30679

- 3 -