Robert P. Goe - State Bar No. 137019
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
rgoe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Andrey Libov
and Vladimir Libov

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARCON CONSTRUCTION CORPORATION,<br><br>    Debtor and Debtor in Possession. | Case No. 24-30679<br><br>Chapter 11<br><br>**JOINDER OF ANDREY LIBOV AND VLADIMIR LIBOV TO DEBTOR'S RESPONSE & OBJECTION TO 653'S MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT APPLICABLE OR ALTERNATIVELY, FOR AUTHORITY TO COMMENCE PROSECUTE & SETTLE CAUSES OF ACTION ON BEHALF OF DEBTOR'S BANKRUPTCY ESTATE**<br><br>Hearing Date: 2/13/2026<br>Time:         10:00 a.m.<br>Courtroom:  17 (16th Floor)<br>               Via Zoom for the Honorable<br>               Dennis Montali |

/ / /

/ / /

/ / /

Andrey Libov and Vladimir Libov hereby join in the Debtor's Response & Objection To 653's Motion To Confirm That The Automatic Stay Is Not Applicable Or Alternatively, For Authority To Commence Prosecute & Settle Causes Of Action On Behalf Of Debtor's Bankruptcy Estate [Docket No. 256].

Dated: February 10, 2026

Respectfully submitted by
GOE FORSYTHE & HODGES LLP

By: /s/Robert P. Goe
Robert P. Goe
Attorneys for Andrey Libov and Vladimir Libov

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER OF ANDREY LIBOV AND VLADIMIR LIBOV TO DEBTOR'S RESPONSE & OBJECTION TO 653'S MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT APPLICABLE OR ALTERNATIVELY, FOR AUTHORITY TO COMMENCE PROSECUTE & SETTLE CAUSES OF ACTION ON BEHALF OF DEBTOR'S BANKRUPTCY ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) February 10, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 10, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Dennis Montali, USBC, 450 Golden Gate Avenue, Mail Box 36090, San Francisco, CA 94102

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10, 2026 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Mailing Information for Case 24-30679**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ekta Dharia**     ekta.dharia@usdoj.gov
- **Robert P. Goe**     rgoe@goeforlaw.com, rgoe@goeforlaw.com
- **Bernard Kornberg**     bernie.kornberg@millernash.com
- **Paul Gregory Leahy**     Paul.Leahy@usdoj.gov
- **Brent D. Meyer**     brent@meyerllp.com, bmeyer@fhlawllp.com
- **Geoffrey Martin Murry**     gmurry@astralegal.com
- **Sheila Gropper Nelson**     SheDoesBKLaw@aol.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Eric S. Pezold**     epezold@swlaw.com, fcardenas@swlaw.com
- **Brian E. Soriano**     bsoriano@g3mh.com
- **Andrew B. Still**     astill@swlaw.com, kcollins@swlaw.com