PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ARCON CONSTRUCTION CORPORATION,<br><br>Debtor. | Case No: 24-30679-DM<br><br>Chapter 11 |

**UNITED STATES TRUSTEE'S APPLICATION FOR ORDER**
**APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE**

Peter C. Anderson, the United States Trustee for Region 17 (the "United States Trustee"), hereby applies to the Court pursuant to 11 U.S.C. § 1104(d) and Fed. R. Bankr. P. 2007.1(c) for an order approving the appointment of a Chapter 11 trustee, and in support thereof, states:

1. On February 12, 2026, the United States Trustee, filed a motion requesting the Court dismiss or convert this case under 11 U.S.C. § 1112(b) or a Chapter 11 trustee or examiner be appointed under 11 U.S.C. §§ 1104(a)(2) or 1104(c)(1) (the "Motion") in the above-captioned case. ECF No. 275.

2. During a hearing held on February 13, 2026, the Court expedited the hearing on the Motion to February 27, 2026. *See* ECF No. 279. Thereafter, Arcon Construction Corporation (the "Debtor") filed a response requesting the Court appoint an examiner while creditor 653 28th Street LLC also filed a response requesting in order of preference that it be granted derivative standing to sue the Debtor's insiders, a Chapter 11 trustee be appointed, or converted to Chapter 7. *See* ECF Nos. 281 & 282.

3. After conducting a hearing on the Motion, the Court entered an order granting the relief sought therein and directing the appointment of a Chapter 11 trustee in the above-captioned case on February 27, 2026. *See* ECF No. 288.

4. The Office of the United States Trustee has consulted with the following parties-in-interest regarding the appointment of the Chapter 11 trustee:

    a. Debtor through its counsel of record, Sheila Gropper Nelson;

    b. Debtor's insider Andrey Libov through his counsel of record, Robert Goe;

    c. 653 28th Street LLC through its counsels of record, Brent Meyer and Brian E. Soriano;

    d. Andy & Shirley Lee through their counsel of record, Bernard "Bernie" Kornberg;

    e. Banner Bank through its counsels of record, Eric S. Pezold & Andrew B. Still;

    f. George Wolff;

    g. Ford Motor Credit Company LLC;

    h. Mercedes Benz Financial Services USA LLC through counsel Randall Mroczynski;

  i.  Newity Market;

  j.  Wells Fargo Bank Small Business Lending Division;

  k.  JPMorgan Chase Bank, NA;

  l.  U.S. Small Business Administration through its counsel, Todd Henderson;

  m.  American Express National Bank;

  n.  Nick Mejia Painting Inc.; and

  o.  California Franchise Tax Board through its counsel, Carissa Lynch, Jeff Curl, Michele Thompson, and John O'Donnell.

  5.  The United States Trustee has appointed Nathan F. Smith as the Chapter 11 Trustee ("Chapter 11 Trustee") in the above-captioned case.

  5.  To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with the Debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, and any persons employed by the United States Trustee identified in the Chapter 11 Trustee's verified statement and affidavit of disinterestedness are limited to the connections set forth therein. A copy of the Chapter 11 Trustee's verified statement is attached hereto as Exhibit 1.

  WHEREFORE, the United States Trustee requests that the Court enter an order approving the appointment of Nathan F. Smith as Chapter 11 Trustee in the above-captioned case.

Date: March 6, 2026          PETER C. ANDERSON
                     UNITED STATES TRUSTEE

               By: */s/ Cameron M. Gulden*
                  Cameron M. Gulden
                  Assistant United States Trustee

# EXHIBIT 1

NATHAN F. SMITH
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 265-1225
Fax: (949) 252-1032
Email: nathan@mclaw.org

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>ARCON CONSTRUCTION CORPORATION,<br><br>        Debtor. | Case No: 24-30679-DM<br><br>Chapter 11 |

### VERIFIED STATEMENT

I, Nathan F. Smith, declare under penalty of perjury as follows:

1. I am submitting myself for consideration of appointment as a Chapter 11 trustee in the above-entitled and numbered bankruptcy case and execute this declaration pursuant to Federal Rule of Bankruptcy Procedure 2007.1.

2. I hereby verify that I am a "disinterested person" as that term is defined by 11 U.S.C. § 101(14), in that I:

    a.  am not a creditor, equity security holder or insider of the debtor;

    b.  am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    c.  do not have an interest materially adverse to the interest of the estate or of

1

any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

3. In furtherance of my request to be considered, I have attached a recent curriculum vitae to this Declaration as Exhibit "A."

4. I am an attorney duly licensed to practice law in the State of California since 2009.

5. I am also licensed to practice law in several other jurisdictions, including Washington (2010), Oregon (2012), Nevada (2012), Arizona (2012), and Texas (2015).

6. I have served as a Chapter 11, Subchapter V Trustee in the United States Bankruptcy Court for the District of Nevada since September, 2022, have previously served as a Chapter 11 Trustee, and have served as a Chapter 7 Trustee in cases converted from Chapter 11 to Chapter 7.

7. I am a partner at the law firm of Malcolm ♦ Cisneros, A Law Corporation, which has offices in California, Nevada, Arizona, Washington, Oregon, and Texas.

8. I am certified as a bankruptcy specialist by the State Bar of California's Board of Legal Specialization.

9. I am certified as a business bankruptcy specialist by the State Bar of Nevada.

10. My practice primarily involves the representation of bankruptcy trustees, including Chapter 11 trustees, and representation of creditors in Bankruptcy Court and civil litigation.

11. I have a familiarity with the financial aspects of bankruptcy cases, including the filing of monthly operating reports (MORs) and other reports required in bankruptcy cases.

12. Within the last 2 years, I have served as a Chapter 11, Subchapter V Trustee in 52 cases, a Chapter 11 Trustee in 1 case, and a Chapter 7 Trustee in 3 cases and am currently eligible to serve in such capacity.

13. I am familiar with the U.S. Trustee's guidelines, the Chapter 11 Trustee Handbook and related guidance, and have cooperated with the U.S. Trustee's office including the filing of periodic reports.

///

14. My normal hourly rate of compensation in cases similar to this is $550. However, I am willing to discount my rate to $500 for this matter, subject to potential annual increases within the terms discussed below. Further I am aware of the cap on trustee compensation under 11 U.S.C. § 326, agree to be bound by such limits, and understand that compensation must be approved by the Court.

15. I have reviewed this matter and performed a conflicts check and have not identified any conflicts, in that I have not identified any connections with the debtor, the debtor's creditors, any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee, or any persons employed by the Office of the United States Trustee, except that I am a Subchapter V trustee in the District of Nevada appointed by the United States Trustee to serve in Subchapter V cases and have served as a Chapter 11 Trustee and a Chapter 7 Trustee.

16. Should my rate increase during the case, I agree to provide written notice of such increase within a reasonable time for the Court to consider such an increase.

17. I anticipate hiring counsel to represent me should I be appointed in this case. I would require them to provide a conflicts check and assert their status prior to their employment. My professionals and I would comply with 11 U.S.C. § 327, Federal Rule of Bankruptcy Procedure 2014, the Local Rules of the United States Bankruptcy Court for the Northern District of California, and all other applicable requirements.

18. I would consider hiring Todd Ringstad of Ringstad & Sanders, LLP as possible counsel in this case.

19. I would consider hiring Ted Burr of Mac Restructuring Advisors, LLC as a possible accountant in this case.

20. I understand and acknowledge that all professionals hired by me in this matter will comply with 11 U.S.C. § 327 including retention requirements and the disclosure of their standard industry rates.

21. If appointed in this case, I will comply with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

///

3

22. I acknowledge that the Office of the United States Trustee expects compliance with its guidelines, the Chapter 11 Trustee Handbook and related guidance, and will cooperate with the Office of the United States Trustee, including, but not limited to, submission of timely and accurate periodic reports.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Date: March 5, 2026                 /s/ Nathan F. Smith
                                    NATHAN F. SMITH
                                    Chapter 11 Trustee Candidate

4

# EXHIBIT "A"

EXHIBIT "A"

# NATHAN F. SMITH, ESQ.

Email: nathan@mclaw.org
Personal Email: nathanfsmithesq@gmail.com
Direct Office: (949) 265-1225
Cellular: (949) 412-7747

## EXPERIENCE

**Subchapter V, Chapter 11 Trustee**  United States Bankruptcy Court for the District of Nevada
2022-Present

- Panel Subchapter V Bankruptcy Trustee in bankruptcy cases filed under Subchapter V of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada.
- Served as Chapter 7 Trustee in bankruptcy cases converted from Subchapter V of Chapter 11 to Chapter 7 and as a Chapter 11 Trustee.
- Served as a Chapter 11 Trustee in *In re MP Reorganization* and obtained confirmation of a Chapter 11 plan within six months of appointment following years of contentious litigation.

**Malcolm ♦ Cisneros, A Law Corporation**  Irvine, California
Partner (previously: Associate from 2009-2011, Managing Attorney from 2011-2019)

- Representation of national banks, loan servicers, real estate investors, and other financial institutions in litigation in state, federal, probate, and bankruptcy courts; including matters involving contract disputes, eminent domain, foreclosure, eviction, title defects, and receiverships and litigation involving the UCC, FDCPA, FCRA, TILA, RESPA and CFPB Regulations.
- Representation of bankruptcy trustees in litigation in bankruptcy court.
- Prosecution and defense of state and federal appeals, including before the Ninth Circuit Court of Appeals, Nevada Supreme Court, Washington Court of Appeals, and Oregon Court of Appeals.
- Negotiation and drafting of real estate purchase contracts and lease agreements for commercial banking and real estate investor clients.
- Representation of national banks and real estate investment companies in connection with negotiations for the acquisition and lease of commercial property.
- Performance of regulatory compliance and related training for national banks and servicers.

**Malcolm ♦ Cisneros, A Law Corporation**  Irvine, California
Summer Associate and Law Clerk, 2008-2009

- Drafted legal pleadings and coordinated with supervising attorneys and partners in connection with representation of financial institutions in litigation and bankruptcy proceedings.

**U.S. Bankruptcy Court for the Central District of California**  Santa Ana, California
Judicial Extern to United States Bankruptcy Court Judge Theodor Albert, 2008

- Reviewed pleadings filed in cases before United States Bankruptcy Court and prepared memorandum for review by United States Bankruptcy Judge.

## BAR ADMISSIONS

California, 2009; Washington, 2010; Minnesota, 2011; Hawaii, 2011; Oregon; 2012; Nevada, 2012; Arizona, 2012; Michigan; 2013; Texas, 2015; Colorado, 2015; New Mexico, 2015

All United States District Courts located in Arizona, Arkansas, California, Colorado Hawaii, Illinois, Indiana, Michigan, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, Texas, and Wisconsin and the United States District Courts for the Northern District of Florida and Middle District of Tennessee.

United States Supreme Court; United States Tax Court; United States Circuit Courts of Appeal for the Third, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuit Courts of Appeal

## ADDITIONAL PROFESSIONAL LICENSES AND CERTIFICATIONS

Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization
Certified Business Bankruptcy Specialist, State Bar of Nevada
Real Estate Broker, California, 2013
Real Estate Broker, Michigan, 2024

## ADDITIONAL PROFESSIONAL TRAINING

Loyola Receivers Forum: Loyola IX Symposium

## EDUCATION

Chapman University School of Law, J.D., 2009
* Recipient of the Tax Law Emphasis Certificate; CALI Excellence for the Future Award; and Commitment to Service-Pro Bono Award
Western Michigan University, B.A. Political Science (History), 2005

## PROFESSIONAL ACKNOWLEDGEMENTS

Martindale-Hubbell Peer Reviewed 5/5
Inland Empire Bankruptcy Forum, Member of Board of Directors, President-Elect

## REPRESENTATIVE CASES

*In re Kamell*, 451 B.R. 505 (Bankr. C.D. Cal. 2011)
*In re Hileman*, 451 B.R. 522 (Bankr. C.D. Cal. 2011)
*Myers v. Mortgage Elec. Registration Sys., Inc.*, 540 F. App'x 572 (9th Cir. 2013)
*In re Black*, 514 B.R. 605 (Bankr. E.D. Cal. 2014)
*In re Giusto*, 532 B.R. 760 (Bankr. N.D. Cal. 2015)
*Green Tree Servicing LLC v. Giusto*, 553 B.R. 778 (N.D. Cal. 2016)
*Bank of Am. v. Payne*, 279 Or. App. 239, 379 P.3d 816 (2016)
*In re Martinez*, 561 B.R. 132 (Bankr. D. Nev. 2016)
*Iroh v. Bank of Am., N.A.*, 692 F. App'x 762 (5th Cir. 2017)
*Capital One, N.A. v. Lind*, 288 Or. App. 168, 403 P.3d 830 (2017)
*M&T Bank v. Wild Calla St. Tr.*, 437 P.3d 1054 (Nev. 2019)
*U. S. Bank Nat'l Ass'n v. Dunn*, 297 Or. App. 582, 442 P.3d 244, *review denied*, 451 P.3d 1016 (2019)
*Matter of Petrone*, 754 F. App'x 590 (9th Cir. 2019)
*M&T Bank v. SFR Investments Pool 1, LLC*, 963 F.3d 854 (9th Cir. 2020)
*M&T Bank v. Chersus Holdings, LLC*, 476 P.3d 438 (Nev. 2020)
*U.S. Bank Nat'l Ass'n v. Peterson*, 13 Wash. App. 2d 1098 (2020)
*Wiltse v. LoanCare, LLC*, 579 P.3d 200 (Nev. App. 2025)