Entered on Docket
March 6, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT U.S. TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

Signed and Filed: March 6, 2026

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARCON CONSTRUCTION CORPORATION,<br><br>                Debtor. | Case No: 24-30679 DM<br><br>Chapter 11 |

### ORDER APPROVING APPOINTMENT
### OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for Order Approving the Appointment of Nathan F. Smith as the Chapter 11 Trustee in the above-captioned case (ECF No. 289), including the exhibits thereto ("Application"),

IT IS HEREBY ORDERED that the Application is approved; and

IT IS HEREBY FURTHER ORDERED that the appointment of Nathan F. Smith as the Chapter 11 Trustee is approved.

* * END OF ORDER * *

**COURT MAILING LIST:**
ECF Participants Only