PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE:

ARCON CONSTRUCTION CORPORATION,

                Debtor.

Case No: 24-30679 DM

Chapter 11

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:

**Nathan F. Smith**
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 265-1225
E-mail: nathan@mclaw.org

    Pursuant to the Order of this Court, entered on February 27, 2026, directing the United States Trustee to appoint a Chapter 11 trustee in the above-captioned case (ECF No. 287), the United States Trustee hereby appoints Nathan F. Smith to serve as the Chapter 11 Trustee (the "Chapter 11 Trustee").

The Chapter 11 Trustee is required to obtain a bond satisfactory to the United States Trustee for the period that the Chapter 11 Trustee accomplishes his duties. The bond may require adjustment as the Chapter 11 Trustee fulfills his duties, collects, and/or liquidates assets of the estate. The Chapter 11 Trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 6th day of March 2026.

PETER C. ANDERSON  
UNITED STATES TRUSTEE

By:    */s/ Cameron M. Gulden*  
Cameron M. Gulden  
Assistant United States Trustee