PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

ARCON CONSTRUCTION
CORPORATION,

Debtor.

Case No: 24-30679 DM

Chapter 11

### NOTICE OF ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

As required by Fed. R. Bankr. P. 2008, notice is hereby given that the undersigned accepts

the appointment of Chapter 11 Trustee in the above-captioned case.

As required by 11 U.S.C. § 322(a), a bond in the amount set by the United States Trustee

will be filed with the Court before I begin my official duties.

Dated: March 6, 2026

By: */s/ Nathan F. Smith*
NATHAN F. SMITH
Chapter 11 Trustee