Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders  (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

ARCON CONSTRUCTION
CORPORATION,

Debtor.

Case No. 24-30679 DM

Chapter 11 Proceeding

**OPPOSITION OF CHAPTER 11 TRUSTEE, NATHAN F. SMITH, TO [PROPOSED] COMBINED PLAN OF REORGANIZATION AND [TENTATIVELY APPROVED] DISCLOSURE STATEMENT**

Date:  July 10, 2026
Time:  10:00 a.m.
Place:  Courtroom 17
450 Golden Gate Avenue
San Francisco, CA 94102

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Nathan F. Smith, Chapter 11 Trustee (the "Trustee") in the above-captioned Chapter 11 bankruptcy proceeding of *Arcon Construction Corporation* (the "Debtor"), hereby opposes approval of the Combined Plan of Reorganization and Disclosure Statement of Debtor.

Previously, on December 2, 2025, Debtor's counsel filed a proposed plan that provided for the following classes and treatment:

Case: 24-30679   Doc# 306   Filed: 07/06/26   Entered: 07/06/26 17:19:12   Page 1 of 4

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

| | | | |
|---|---|---|---|
| 1B | Mercedes Benz (Secured) | $20,916.24 | Monthly payments of $575.75 continue. Unimpaired |
| 1C | SBA (Secured) | $133,200 | Unimpaired |
| 2A | Small Claims (Convenience) | 22.1% on Effective Date | Impaired |
| 2B | General Unsecured Claims | 22.1% in 20 equal quarterly installments | Impaired |
| 3 | Equity | Retain Interests | Unimpaired |

Debtor now has modified the Plan as Doc. 302 and seeks approval of a revised Plan providing for the following treatment of its creditors:

| | | | |
|---|---|---|---|
| 1B | Mercedes Benz (Secured) | $20,916.24 | Impaired/Improved. Monthly payments of $676.00. |
| 1C | SBA (Secured) | $133,200 | Impaired. Payments of $1,000 per month until Paid in Full |
| 2A | Small Claims (Convenience) | 22.1% on Effective Date | Impaired |
| 2B | General Unsecured Claims | 22.1% on Plan Effective Date | Impaired. 22.1% in 20 equal quarterly installments |
| 3 | Equity | Retain Interests | Unimpaired |

The recent Plan merely impairs both the Mercedes Benz class (by providing it with treatment *better* than its contractual rights), and the SBA (by slightly modifying its contractual payment). But the new Plan makes no effort to address the concerns of 28th Street, which led to the appointment of the Trustee in the first place.

The Trustee and Trustee's counsel have attempted to work with Debtor's counsel on a possible joint plan, or at the least a Trustee plan that would be acceptable to the Debtor, as well as to the principal objecting creditor, 653 28th Street LLC. On June 2, Trustee's counsel emailed a proposal to Debtor's counsel for a key plan provision that Trustee believed would garner the support of 28th Street, and a follow-up email on June 5 concerning the plan proposal, in response to an email from Debtor's counsel that she had been under the weather. Trustee's counsel proposed that we discuss the plan proposal in the following week after she was feeling better.

Case: 24-30679    Doc# 306    Filed: 07/06/26    Entered: 07/06/26 17:19:12    Page 2 of 4

The next communication from Ms. Nelson occurred on June 12, and instead of attempting to schedule a time to discuss the Trustee's plan proposal, Ms. Nelson thanked the Trustee's counsel for being patient while she was under the weather and then abruptly informed counsel that she had just filed a proposed Plan (Doc. No. 302), instead of working with counsel on a consensual plan as had been discussed.

The new Plan shares many of the same flaws as its predecessor. In particular, it makes no attempt to address the concerns of the Estate's largest undisputed creditor, judgment creditor 28th Street, and it fails to address the issues raised by 28th Street concerning potentially valuable claims that the Estate may hold against its principals.

The Trustee does believe that such a plan can be confirmed in this case. The Trustee's communication with 28th Street have led the Trustee to believe that a consensual plan would be in the best interests of the creditors of this Estate and can be achieved.

The Trustee intends to work with *both* the Debtor and 28th Street on the terms of a proposed Plan and requests the continued opportunity to do so. The Trustee proposes to file a Trustee Plan within the next three weeks.

For the foregoing reasons, the Trustee requests that the Court continue any consideration of the latest Plan proposed by the Debtor to allow the Trustee an opportunity to present a Trustee Plan in this matter.

Respectfully submitted,

DATED: July 6, 2026                RINGSTAD & SANDERS LLP

By: _____
           Todd C. Ringstad
           Nanette D. Sanders
           Counsel for Nathan F. Smith, Chapter 11 Trustee

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **OPPOSITION OF CHAPTER 11 TRUSTEE, NATHAN F. SMITH, TO [PROPOSED] COMBINED PLAN OF REORGANIZATION AND [TENTATIVELY APPROVED] DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 6, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ekta Dharia    ekta.dharia@usdoj.gov**
- **Robert P. Goe    rgoe@goeforlaw.com, rgoe@goeforlaw.com**
- **Bernard Kornberg    bernie.kornberg@millernash.com**
- **Paul Gregory Leahy    Paul.Leahy@usdoj.gov**
- **Brent D. Meyer    brent@meyerllp.com, bmeyer@fhlawllp.com**
- **Geoffrey Martin Murry    gmurry@astralegal.com**
- **Sheila Gropper Nelson    SheDoesBKLaw@aol.com**
- **Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov**
- **Eric S. Pezold    epezold@swlaw.com, fcardenas@swlaw.com**
- **Todd Carl Ringstad    todd@ringstadlaw.com, becky@ringstadlaw.com**
- **Brian E. Soriano    bsoriano@g3mh.com**
- **Andrew B. Still    astill@swlaw.com, kcollins@swlaw.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2026 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1. PROOF.SERVICE**