Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
900 Front Street, Suite 350
San Francisco CA 94111
Email: Shedoesbklaw@aol.com
415-362-2221
Attorneys for Arcon Construction Corporation
Debtor-out of possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| In re: | Case No. 24-30679 |
| Arcon Construction Corporation | Certification of No Objection to Arcon Construction Corporation's Objection to |
| Debtor & Debtor-in-possession | Claim No. 16 |
| | Date: TBD |
| _____/ | Time: TBD |
| | Court: Honorable D. Montali |

**BANKRUPTCY LOCAL RULE 9014-1**

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 250-252**

The Debtor, Arcon Construction Corporation, (debtor-out-of-possession), through its attorney of record, hereby requests an Order sustaining its objection to the above claim pursuant to Local Rule 9014.

On December 18, 2025, a copy of the AMENDED OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; and CERTIFICATE OF SERVICE was served on Claimant Andrew Lee and Shirley Lee, through their attorney of record via electronic service as follows: "Office of the U.S. Trustee/ SF USTP Region 17.SF.ECF@usdoj.gov And Shirley and Andy Lee through their counsel bernie.kornberg@millernash.com" (Dkt. No. 250)

CERTIFICATION OF NO OBJECTION TO ARCON CONSTRUCTION CORPORATION'S AMENDED OBJECTION TO AMENDED CLAIM NO. 16/24-30679 - 1

The amended objection to the Lees' October 21, 2025 Amended No. 16-1 was served together with Notice of Opportunity for Hearing under Local Rule 9014 along with supporting points and authorities and other supporting materials. (Document No. 250-252)  Pursuant to the Notice of Opportunity for Hearing & Objection to Amended Claim No. 16 the Lees were informed that objections to the Amended Objections (Dkt. No. 250-252) were to be filed and served no later than 21 days after service on December 18, 2025.  That date came and went without any filing by the Lees.

Well beyond the required 21 days for response or opposition the Lees' counsel filed a declaration on January 28, 2026 identifying that informal settlement discussions had occurred between the parties and the Lees represented that "The Debtor has, in turn, extended the deadline to respond to the pending claim…" No objection or response to the Objection to Claim was filed by the Lees.

Thereafter on or about March 6, 2026 the Court appointed Nathan Smith as the Chapter 11 trustee in the case. (Document No. 291)

On or about April 30, 2026 Debtor communicated with the Lees' counsel, Mr. Kornberg, Miller Nash LLP, via email, identifying that no communication had been received since the appointment of the trustee and directing Mr. Kornberg to file a responsive "pleading" to the claim objection.

"**Sent:** Thursday, April 30, 2026 5:36 PM
**To:** Kornberg, Bernie <Bernie.Kornberg@MillerNash.com>
**Subject:** Re: 1130
**[EXTERNAL MESSAGE: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**
Hi Bernie
We have heard nothing from you since the appointment of the trustee.
A review of the court docket indicates that no opposition to the December, 2025 objection to claim, (Dkt. No. 250-252), has been filed.
Please file something by next week Wednesday so that the matter can move forward.
Thank you
Sheila Gropper Nelson
Resolution Law Firm P. C.
900 Front St., Ste. 350
San Francisco CA 94111
415-362-2221"

On May 3, 2026 Mr. Kornberg responded as follows:

CERTIFICATION OF NO OBJECTION TO ARCON CONSTRUCTION CORPORATION'S AMENDED OBJECTION TO AMENDED CLAIM NO. 16/24-30679 - 2

"I have repeatedly reached out to the Trustee to discuss, and he has stated he is behind and we are supposed to talk this week.  Pushing forward a claim objection, to which your standing is debatable, is highly questionable while I am trying to negotiate a resolution with the Trustee.  We want to resolve this as soon as possible also.**"**

Debtor-out-of –possession is an interested party with standing to object to the Claim filed by the Lees. (11 U.S.C. § 1109(b) & Fed. R. Bankr. P. Rule 3007).

As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the filed Objection to Claim and Notice of Opportunity for Hearing. (Dkt. #250-252).

More than twenty (20) days have elapsed since service of the objection to the claim.  Movant has received no substantive communication or opposition regarding the previous request for response directed to the Lees' attorney of April 30, 2026 except as identified.

No written objection, or any other communication, has been filed by the Lees. The court's docket does not identify any filing by the Lees other than as noted. The undersigned has not received an answer, objection, or other responsive pleading to the Objection to Amended Claim No. 16-1 filed and served on December 18, 2025. Movant has no knowledge of and has not extended or given any informal extension of time to oppose the objection served on the Lees or their counsel as set forth in the communications identified above.

Declarant is informed and believes and hereon alleges that the Lees have remedies outside of bankruptcy other than their alleged claim against the Debtor.

For all of the foregoing reasons and the absence of a written opposition to the Amended Objection and Notice of Opportunity for Hearing, (Dkt. #250-252), to the Amended Claim No. 16-1 of October 21, 2025 Debtor requests an Order sustaining the objection to the above claim pursuant to Local Rule 9014, and disallowing Amended Claim No. 16-1, filed by Andrew Lee and Shirley Lee, husband and wife, in its entirety.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 14, 2026                             __/s/Sheila Gropper Nelson___
                                                          Attorney for Objecting Party
                                                          Arcon Construction Corporation
                                                          Debtor-out-of-possession

CERTIFICATION OF NO OBJECTION TO ARCON CONSTRUCTION CORPORATION'S AMENDED OBJECTION TO AMENDED CLAIM NO. 16/24-30679 - 3

CERTIFICATE OF SERVICE

I, Sheila Gropper Nelson, declare that:

I reside in the City and County of San Francisco; I am over the age of 18 years and not a party to this action; my business address is the Resolution Law Firm P. C. 900 Front Street. Suite 350 San Francisco CA 94111

On July 14, 2026 I served true and correct copies of the following documents: Certification of No Objection to Arcon Construction Corporation's Amended Objection to Claim No 16 of Andrew Lee and Shirley Lee in the above matter on the identified parties in this action by means set forth below, addressed as follows:

[X] BY ELECTRONIC MAIL: Pursuant to
BY CM/ECF NOTICE OF ELECTRONIC FILING. I electronically filed the Notice & Certification of No Objection to Arcon Construction Corporation's Amended Objection to Claim No 16 of Andrew Lee and Shirley Lee, noted above with the Clerk of the Court using CM/ECF system on July 14, 2026.

I received confirmation from the CM/ECF system that the filing caused links to such Documents to be transmitted electronically to registered CM/ECF users in this case at their respective identified notification addresses.
Office of the U.S. Trustee/ SF USTP Region 17.SF.ECF@usdoj.gov
And
Shirley and Andy Lee through their Attorney of Record, Bernie Kornberg at bernie.kornberg@millernash.com

BY FIRST CLASS MAIL: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b),
I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of July 2026, at San Francisco, California.


Dated: July 14, 2026              Respectfully submitted
                                   Resolution Law Firm P. C.
                                  By: _/s/_ Sheila Gropper Nelson__
                                  Sheila Gropper Nelson
                                  Attorney for Arcon Construction Corporation
                                  Debtor & Debtor-out-of-possession


CERTIFICATION OF NO OBJECTION TO ARCON CONSTRUCTION CORPORATION'S AMENDED OBJECTION TO AMENDED CLAIM NO. 16/24-30679 - 4